May 03 2007 Case 5:07-cr-00008-TAG Document 5 Filed 05/03/07 Page 1 of 2 P.2
Case 5:07-cr-00008-TAG Document 3-1 Filed 05/03/2007 Page 1 of 11
05/02/2007 03:34 8189905531 TRIESSL&MORRIS PAGE 02/12
Apr 12 2007 12:18PM LASERJET FAX P.3

CASE NO. 5:07-CR-0008 TAG

*[Name, address, telephone, and email of filer — illegible handwriting]*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS J. POTH

    Defendant.

Citation No. L0137084 / CA 24

STIPULATION TO CONTINUE HEARING AND ORDER THEREON

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Special Assistant United States Attorney, counsel for Plaintiff, and Thomas J. Poth, Defendant AS REPR., *[REPRESENTED BY NEW COUNSEL,]* that the hearing on MAY 8, 2007 may be continued/advanced to THE DATE OF MONDAY, JULY 9, 2007.

The reason for this request is that MR POTH HAD CANCER SURGERY ON APRIL 16, 2007 AND PER DOCTORS ORDER HE IS PRECLUDED FROM TRAVEL FOR EIGHT WEEKS FOR RECOVERY TIME. DOCUMENTATION IS ATTACHED HEREIN.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice.

Dated: 5-3-07

McGREGOR W. SCOTT
United States Attorney

By: *[signature]*
Ronnie Lewis
Special Assistant U.S. Attorney
Attorney for Plaintiff

i

CASE NO. 5:07-CR-0008 TAG

Dated: 5/2/07   By: (signature) /s/ _____
(Print Name) Thomas J. Poth by Sharon Both Mour

---

## ORDER

IT IS SO ORDERED, except the hearing is continued to 7/10/2007. The intervening period of delay is excluded in the interests of justice.

Dated: May 3, 2007

/s/ THERESA A. GOLDNER
United States Magistrate Judge

2