IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America, ) Case / Citation No. **L0137084/CA24**
              Plaintiff, )
                        ) **DEFENDANT'S REQUEST AND**
vs.                     ) **WAIVER OF APPEARANCE**
**THOMAS POTH** )
              Defendant. )

Defendant hereby requests a Court Order waiving his/her appearance at his/her **PRETRIAL** Hearing scheduled for **11/6/07** at **9:30 a.m.** ~~Defendant resides in~~ **THE COURT ALLOWED MR. POTH TO WAIVE HIS PRESENCE AND ALLOWED DEFENSE COUNSEL TO TELEPHONICALLY APPEAR.** ~~and it would be a financial hardship for him/her to travel to _____, California for the scheduled hearing.~~ For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming **PRETRIAL** Hearing.

Defendant hereby waives his/her presence at the **PRETRIAL** hearing on **11/6/07** at **9:30 a**.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: **10-31-07**

*SHARON BETH MORRIS, ESQ.*
Defendant's Counsel (Print and Sign)

*Thomas Poth*
Defendant's (Signature)

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on **November 6**, 200**7**.

Dated: **11-5-2007**

THERESA A. GOLDNER
U.S. Magistrate Judge

1