MCGREGOR W. SCOTT
UNITED STATES ATTORNEY

LEAD SPECIAL AGENT GREGORY AUMANN
BLM Office of Law Enforcement and Security
3801 Pegasus Dr.
Bakersfield, CA 93308
Phone: (661) 391-6008 / Fax: (661) 391-6189

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Thomas POTH,<br><br>Defendant. | MOTION AND ORDER FOR DISMISSAL<br><br>CASE NO.: 5:07-cr-00008 TAG<br><br>MAGISTRATE JUDGE THERESA A. GOLDNER |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to grant the Deferred Prosecution Agreement and Motion to dismiss the case with prejudice and in the interest of justice. The United States agrees that defendant THOMAS POTH is in full compliance with the terms of the Deferred Prosecution Agreement.

                                    Respectfully Submitted,

                                    McGregor W. Scott
                                    United States Attorney

DATED:  July 14, 2008

                        By     /s/ Gregory Aumann
                             GREGORY AUMANN
                             Lead Special Agent

1

<u>ORDER</u>

IT IS HEREBY ORDERED that the case against Thomas POTH, Case No. 5:07-cr-00008 TAG, be dismissed, with prejudice, in the interest of justice, and that the hearing set for July 21, 2008 is VACATED.

DATED this 14th day of July, 2008.

**/s/ Theresa A. Goldner**
_____
THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE